181 So. 299
### T. P. McGRIFF v. L. W. JERNIGAN.
4 Div. 996.

Supreme Court of Alabama.
May 12, 1938.

John W. Rish and Lawrence Oakley, both of Dothan, for appellant.

W. L. Lee, Alto V. Lee, III, and O. S. Lewis, all of Dothan, for appellee.

FOSTER, Justice.

The judgment of the circuit court is affirmed on authority of the companion case of Wilkerson v. Lee, ante, p. 104, 181 So. 296, this day decided.

Affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.